184 So. 916

### Morris HICKS (alias Hix) v. STATE.
#### 4 Div. 430.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 922

### Andrew HILL v. STATE.
#### 6 Div. 301.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

186 So. 920

### Drewey HILL v. STATE.
#### 8 Div. 770.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 920

### Nancy HITT v. STATE.
#### 6 Div. 262.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

184 So. 916

### George HOBDEN v. STATE.
#### 4 Div. 449.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.